**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **HUNTER MOUNTAIN INVESTMENT TRUST,**<br><br>Petitioner,<br><br>v.<br><br>**HIGHLAND CAPITAL MANAGEMENT, L.P.; HIGHLAND CLAIMANT TRUST; and JAMES P. SEERY, JR.,**<br><br>Respondents. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. **3:24-CV-1912-L** |

**ORDER**

Because of common questions of fact and law, and in the interest of judicial economy, this case is hereby **transferred** to the docket of the Honorable United States District Judge Ada Brown for possible consolidation with Civil Action No. 3:23-CV-2071-E*, Hunter Mountain Investment Trust v. Highland Capital Management L.P.; Highland Claimant Trust; James P. Seery, Jr.; Muck Holdings, LLC; Jessup Holdings, LLC; Farallon Capital Management, LLC;* and *Stonehill Capital Management, LLC*. This action shall henceforth carry the suffix letter "E." All future pleadings and other papers shall henceforth be filed under Civil Action No. 3:23-CV-2071-E.

**It is so ordered** this 7th day of August, 2024.

Sam A. Lindsay
Sam A. Lindsay
United States District Judge