Melissa S. Hayward
Texas Bar No. 24044908
MHayward@HaywardFirm.com
Zachery Z. Annable
Texas Bar No. 24053075
ZAnnable@HaywardFirm.com
HAYWARD PLLC
10501 N. Central Expy, Ste. 106
Dallas, Texas 75231
Telephone/Fax: (972) 755-7100

*Counsel for Highland Capital Management, L.P.
and the Highland Claimant Trust*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In re:<br><br>HIGHLAND CAPITAL MANAGEMENT, L.P.,[1]<br><br>Reorganized Debtor. | Chapter 11<br><br>Case No. 19-34054-sgj11 |
| HUNTER MOUNTAIN INVESTMENT TRUST,<br><br>Petitioner,<br><br>v.<br><br>HIGHLAND CAPITAL MANAGEMENT, L.P., HIGHLAND CLAIMANT TRUST, and JAMES P. SEERY, JR.,<br><br>Respondents. | Civil Case No. 3:24-cv-01912-BW |

# NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES AND OTHER PAPERS

[1] The Reorganized Debtor's last four digits of its taxpayer identification number are (8357). The headquarters and service address for the above-captioned Reorganized Debtor is 100 Crescent Court, Suite 1850, Dallas, TX 75201.

PLEASE TAKE NOTICE that Zachery Z. Annable of Hayward PLLC appears on behalf of Respondents Highland Capital Management, L.P. and the Highland Claimant Trust as local counsel pursuant to Local Civil Rule 83.10. Any document or other information required to be served on counsel pursuant to the Federal Rules of Civil Procedure, the Federal Rules of Bankruptcy Procedure, this Court's Local Civil Rules, or applicable orders of this Court should be sent to:

Hayward PLLC
10501 N. Central Expy, Ste. 106
Dallas, Texas 75231
Attn: Zachery Z. Annable
Telephone/Facsimile: (972) 755-7100
Email: ZAnnable@HaywardFirm.com

[*Remainder of Page Intentionally Blank*]

DATED: August 30, 2024

Respectfully submitted,

**HAYWARD PLLC**

By: */s/ Zachery Z. Annable*
Melissa S. Hayward
Texas Bar No. 24044908
MHayward@HaywardFirm.com
Zachery Z. Annable
Texas Bar No. 24053075
ZAnnable@HaywardFirm.com
10501 N. Central Expy, Ste. 106
Dallas, Texas 75231
Telephone/Fax: (972) 755-7100

**COUNSEL FOR HIGHLAND CAPITAL MANAGEMENT, L.P. AND THE HIGHLAND CLAIMANT TRUST**

## CERTIFICATE OF SERVICE

I hereby certify that, on August 30, 2024, a true and correct copy of the foregoing *Notice of Appearance* was served electronically via the Court's CM/ECF system upon all parties receiving electronic notice in this case.

*/s/ Zachery Z. Annable*
Zachery Z. Annable