**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| HUNTER MOUNTAIN INVESTMENT TRUST, | § | |
| | § | |
| Petitioner, | § | |
| | § | Civil Action No. 3:24-CV-01912-E |
| v. | § | |
| | § | |
| HIGHLAND CAPITAL MANAGEMENT LP, | § | |
| | § | |
| Respondent. | § | |

**ORDER**

On July 25, 2024, Petitioner filed this Petition for Writ of Mandamus asking the Court to direct the Bankruptcy Court to vacate its stay pending appeal. (Doc. 1.) In its Petition, Petitioner explains that it filed three alternative vehicles to challenge the same Bankruptcy Court stay order: (1) a notice of appeal as of right, (2) a motion for leave to take an interlocutory appeal, and (3) this mandamus petition. Its footnote 35 acknowledges that the proper route was unclear and explains that it pursued all three to avoid waiver.

To date, there has been no further activity in this case. Therefore, Court hereby directs the Parties to submit a joint report by **October 9, 2026** advising whether this case should remain active and if so, to provide an update of its status and a plan for moving the case forward.

SO ORDERED, this 25th day of September 2026.

REED O'CONNOR
CHIEF UNITED STATES DISTRICT JUDGE