**PARSONS McENTIRE McCLEARY PLLC**
Sawnie A. McEntire
State Bar No. 13590100
smcentire@pmmlaw.com
Michael Marconi
State Bar No. 00784524
mmarconi@pmmlaw.com
1700 Pacific Avenue, Suite 4400
Dallas, Texas 75201
Telephone: (214) 237-4300
Facsimile: (214) 237-4340

Roger L. McCleary
State Bar No. 133937and00
rmccleary@pmmlaw.com
One Riverway, Suite 1800
Houston, Texas 77056 Telephone: (713) 960-7315
Facsimile: (713) 960-7347

**PROPOSED COUNSEL FOR HUNTER MOUNTAIN INVESTMENT TRUST**

**STINSON LLP**

Deborah Deitsch-Perez
Michael P. Aigen
2200 Ross Avenue, Suite 2900
Dallas, Texas 75201
Telephone: (214) 560-2201
Facsimile: (214) 560-2203
Email: deborah.deitschperez@stinson.com
Email: michael.aigen@stinson.com

**COUNSEL FOR HUNTER MOUNTAIN INVESTMENT TRUST**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| **In re:**<br><br>**HIGHLAND CAPITAL MANAGEMENT, L.P.,**<br><br>**Reorganized Debtor.** | **Chapter 11**<br><br>**Case No. 19-34054-sgj11** |
| **HUNTER MOUNTAIN INVESTMENT TRUST,**<br><br>**Appellant,**<br><br>**v.**<br><br>**HIGHLAND CAPITAL MANAGEMENT, L.P.; THE HIGHLAND CLAIMANT TRUST; and JAMES P. SEERY, JR.** | **Civil Case No. 3:24-cv-01912-BM** |

**Appellees.**

**PETITIONER'S UNOPPOSED MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL OF RECORD**

Hunter Mountain Investment Trust ("Petitioner") hereby moves the Court to permit existing counsel of record for Petitioner to withdraw and to substitute counsel of record, and would respectfully show this Court as follows:

1. Petitioner is filing this unopposed motion, as it relates to the pending Petition for Writ of Mandamus, originally filed in Civil Action No. 3:24-CV-01912-L (the "Mandamus Case"), which was transferred into this Court pursuant to Judge Sam Lindsay's August 7, 2024, Order transferring the Mandamus Case to Civil Action No. 3:23-cv-02071-E [Mandamus Case Dkt. 5].

2. Petitioner wishes to substitute counsel in this matter as it relates to the transferred Mandamus Case. The law firm of Stinson LLP is withdrawing as counsel of record for the Petitioner and Sawnie A. McEntire (State Bar No 13590100) and Roger L. McCleary (State Bar No 13393700) will serve as substitute counsel for Petitioner.

3. Substitution of counsel will not delay this matter in any way and Petitioner approves of this substitution of Sawnie A. McEntire (State Bar No. 13590100) and Roger L. McCleary (State Bar No. 13393700).

The contact information for substitute counsel is as follows:

Sawnie A. McEntire
State Bar No. 13590100
smcentire@pmmlaw.com
Michael Marconi
State Bar No. 00784524
mmarconi@pmmlaw.com
Parsons McEntire McCleary PLLC
1700 Pacific Avenue, Suite 4400
Dallas, Texas 75201
Telephone: (214) 237-4300
Facsimile: (214) 237-4340

Roger L. McCleary
Parsons McEntire McCleary PLLC
State Bar No. 13393700
rmccleary@pmmlaw.com
One Riverway, Suite 1800
Houston, Texas 77056
Telephone: (713) 960-7315
Facsimile: (713) 960-7347

Respectfully submitted,

*/s/ Deborah Deitsch-Perez*
**STINSON LLP**
Deborah Deitsch-Perez
Michael P. Aigen
2200 Ross Avenue, Suite 2900
Dallas, Texas 75201
Telephone: (214) 560-2201
Facsimile: (214) 560-2203
Email: deborah.deitschperez@stinson.com
michael.aigen@stinson.com

***Counsel for Petitioner***

*/s/ Sawnie A. McEntire*
**PARSONS McENTIRE McCLEARY PLLC**
Sawnie A. McEntire
State Bar No. 13590100
smcentire@pmmlaw.com
Michael Marconi
State Bar No. 00784524
mmarconi@pmmlaw.com
1700 Pacific Avenue, Suite 4400
Dallas, Texas 75201
Telephone: (214) 237-4300
Facsimile: (214) 237-4340

Roger L. McCleary
State Bar No. 13393700
rmccleary@pmmlaw.com
One Riverway, Suite 1800
Houston, Texas 77056
Telephone: (713) 960-7315
Facsimile: (713) 960-7347
***Proposed Counsel for Petitioner***

**CERTIFICATE OF CONFERENCE**

I hereby certify that on or about October 5, counsel for Appellant conferred with counsel for Appellees regarding the relief sought in this Motion. Counsel indicated that they are unopposed to the relief sought in this Motion.

*/s/ Sawnie A. McEntire*
Sawnie A. McEntire

**CERTIFICATE OF SERVICE**

I hereby certify that on October 5, 2026, a copy of the foregoing document was served on all parties of record via the Court's electronic filing system.

*/s/ Sawnie A. McEntire*
Sawnie A. McEntire