**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| **In re:**<br><br>**HIGHLAND CAPITAL MANAGEMENT, L.P.,**<br><br>**Reorganized Debtor.** | **Chapter 11**<br><br>**Case No. 19-34054-sgj11** |
| **HUNTER MOUNTAIN INVESTMENT TRUST,**<br>**Petitioner,**<br><br>**v.**<br><br>**HIGHLAND CAPITAL MANAGEMENT, L.P., HIGHLAND CLAIMANT TRUST, AND JAMES P. SEERY, JR.,**<br>**Respondent.** | **Civil Case No. 3:24-cv-01912-O** |

## CONSENT MOTION TO DISMISS

Petitioner Hunter Mountain Investment Trust ("Hunter Mountain") files this Consent Motion to Dismiss and would respectfully show as follows:

1. On July 25, 2024, Hunter Mountain filed a Petition for Writ of Mandamus. (Doc. 1)

2. On September 25, 2026, the Court directed the parties to file a joint status report by October 9, 2026 advising the Court as to whether this case should remain active. (Doc. 9).

3. On October 5, 2026, Hunter Mountain filed an unopposed motion requesting a substitution of counsel (Doc. 10) pursuant to which Sawnie McEntire, Michael Marconi and the Parsons McEntire McLeary PLLC law firm would substitute in as its new counsel in lieu of Deborah Deitsch-Perez, Michael Aigen and Stinson, LLP. That unopposed motion is pending.

4. Hunter Mountain's incoming counsel has conferred with Respondents' counsel and agreement has been reached that the petition for writ of mandamus should be dismissed with prejudice and these proceedings closed.

5. Accordingly, Hunter Mountain respectfully moves this Court for the entry of an order, substantially in the form attached hereto as **Exhibit A** ("***Dismissal Order***"), dismissing the petition for a writ of mandamus with prejudice and closing these proceedings.

6. Hunter Mountain represents that counsel for all parties to this proceeding have been provided a copy of this Consent Motion and Dismissal Order and that they have confirmed their agreement to the relief sought herein.

**WHEREFORE**, Hunter Mountain respectfully requests the entry of the Dismissal Order, substantially in the form attached hereto as **Exhibit A**, dismissing the petition for a writ of mandamus with prejudice and closing this proceeding.

**CERTIFICATE OF CONFERENCE**

I hereby certify that on October 8, 2026, the undersigned conferred with all counsel of record and all parties are unopposed to the relief sought in this Motion.

*/s/ Michael Marconi*
Michael V. Marconi

**CERTIFICATE OF SERVICE**

I hereby certify that on October 8, 2026, the foregoing pleading was served on all parties of record via the Court's electronic filing system.

*/s/ Sawnie A. McEntire*

**PARSONS McENTIRE McCLEARY PLLC**
Sawnie A. McEntire State Bar No. 13590100
smcentire@pmmlaw.com
Michael Marconi
State Bar No. 00784524
mmarconi@pmmlaw.com
1700 Pacific Avenue, Suite 4400
Dallas, Texas 75201
Telephone: (214) 237-4300
Facsimile: (214) 237-4340

Roger L. McCleary State Bar No. 13393700
rmccleary@pmmlaw.com One Riverway, Suite 1800 Houston, Texas 77056
Telephone: (713) 960-7315
Facsimile: (713) 960-7347
***Proposed Counsel for Hunter Mountain Investment Trust***