**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE HIGHLAND CAPITAL MANAGEMENT, L.P.,** | § | |
| **Reorganized Debtor.** | § | |
| **HUNTER MOUNTAIN INVESTMENT TRUST,** | § | |
| **Petitioner,** | § | |
| **V.** | § | **NO. 3:24-CV-1912-O** |
| **HIGHLAND CAPITAL MANAGEMENT LP., et al.,** | § | |
| **Respondents.** | § | |

**FINAL JUDGMENT**

Consistent with the order granting Amended Consent Motion to Dismiss, the petition of Hunter Mountain Investment Trust for writ of mandamus is **DISMISSED WITH PREJUDICE** and the parties shall bear their own costs and attorney's fees.

**SO ORDERED** on this **9th day** of **October 2026**.

Reed O'Connor
CHIEF UNITED STATES DISTRICT JUDGE